IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD ALLEN SWARTZ, #1165410 §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>DALLAS DEPARTMENT OF §<br>CRIMINAL, et al, §<br>Defendants. § | No. 3:22-cv-01809-X (BT) |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on August 23, 2022. No objections were made. After reviewing this case for clear error, the Court finds none and **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SIGNED** this 8th day of September 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE